31705.   ROBINSON *v.* THE STATE.

MacINTYRE, P. J. The rulings in *Robinson* v. *State*, ante, are controlling on the issues in the present case, and the judge of the superior court did not err in overruling the motion for new trial.

*Judgment affirmed. Gardner and Townsend, JJ., concur.*

DECIDED DECEMBER 4, 1947. REHEARING DENIED DECEMBER 17, 1947.